

**ALACHUA COUNTY SHERIFF'S OFFICE**
*945 - Social Media*

PUB: 10/27/11
STATUS: Current

**I. EFFECTIVE DATE:** November 10, 2011 **RESCINDS:**
NEW

**II.    SCOPE AND PURPOSE** – This directive applies to all ACSO employees and Reserve Deputies, hereinafter referred to as "employees."  The purpose of this directive is to outline the Sheriff's expectations of employees of the ACSO with respect to their use of social media and social networking, and to ensure that such use has no direct effect upon the reputation and perception of the ACSO.

**III.    DISCUSSION --** Social networking sites like Facebook, LinkedIn, and Twitter have become ingrained into many people's lives.  These sites can provide many benefits for their users, but the Sheriff has cause for concern because of the speed at which sensitive information can be posted online about the Alachua County Sheriff's Office and Sheriff's Office employees, and then transmitted across the Internet.  The Sheriff understands that many employees may choose to utilize these sites outside of work and may identify themselves as employees of the Sheriff's Office.  As employees, you have accepted the role of ambassador for the agency.  All employees must strive to maintain public trust and confidence, not only in our professional actions, but also in our personal and online actions.  Any online activity that has the effect of diminishing the public's trust and/or confidence in the ACSO will hinder the efforts of this agency to fulfill our mission.  Defense lawyers increasingly utilize social networking sites for evidence that could impeach a law enforcement officer's testimony.  It is therefore important for the Sheriff to ensure that employees take steps to protect not only themselves, but the agency's reputation as well.

**IV.    POLICY –** Employees using any form of social media or social networking, including but not limited to:  Facebook, Twitter, LinkedIn, Foursquare, YouTube, Gowalla, Police Pulse, The Squad Room, Usenet groups, online forums, message boards, or bulletin boards, blogs and other similarly developed formats, shall not use them in any way which detracts from the mission of the ACSO, tarnishes the reputation of the ACSO, reflects negatively on your position as an employee of the ACSO,  or in a manner that violates any ACSO Directive.  Any such online actions will be viewed as a direct violation of this policy, as well as any other applicable Directive.

**V.    FORMS**
   [Confidential Internal Investigation Acknowledgment](), ACSO 98-08

**VI.    DEFINITIONS**

   A. **Internet** – a global system of interconnected computer networks that use the standard Internet Protocol Suite (TCP/IP) to facilitate data transmission and exchange**.**

   B. **World Wide Web** – computer network consisting of a collection of Internet sites that offer text and graphics and sound and animation resources through the hypertext protocol.

- C. **Social Media** – a category of Internet-based resources that integrate usergenerated content and user participation. This includes, but is not limited to, social networking sites such as Facebook or MySpace; microblogging sites such as Twitter or Nixle; photo- and video-sharing sites such as Flickr and YouTube; wikis such as Wikipedia; blogs; and news sites, such as Digg and Reddit.

- D. **Social Networking** – using such Internet or mobile formats such as Facebook, Twitter, Myspace, LinkedIn, Foursquare, Gowalla Police Pulse, The Squad Room, Usenet groups, online forums, message boards or bulletin boards, blogs, and other similarly developed formats, to communicate with others using the same groups while also networking with other users based upon similar interests, geographical location, skills, occupation, ideology, beliefs, etc.

- E. **Blog** – a type of website or part of a website. Blogs are usually maintained by an individual with regular entries of commentary, descriptions of events, or other material such as graphics or video. Entries are commonly displayed in reversechronological order. "Blog" can also be used as a verb, meaning to maintain or add content to a blog.

**VII. LEGAL** -- Government employees do have the right under the First Amendment to the Constitution of the United States to speak on matters of public concern; typically, these are matters concerning government policies that are of interest to the public at large, rather than matters which are of interest only to the employee. It has long been recognized that public employers may regulate employee speech, whether that speech is on duty or off duty, when that speech does not touch on matters of public concern.

**VIII. PROCEDURE**

- A. **ACSO Social Media -** Employees are prohibited from using agency computers or agency cell phones to participate in ACSO social media or social networking, unless authorized to do so by the nature of the assignment, or by permission from their Division Commander or higher authority for investigative or public information purposes. [CFA 32.05 B]

    1. <u>General Rules</u>

        a. Where possible, each ACSO social media page shall include an introductory statement that clearly specifies the purpose and scope of ACSO's presence on the website; shall clearly indicate they are maintained by ACSO and shall have ACSO contact information prominently displayed.

        b. Where possible, the page(s) should link to ACSO's official website.

        c. ACSO's social media page(s) shall be designed for the target audience(s) such as youth or potential police recruits.

        d. All ACSO social media sites shall be managed by the PIO. [CFA 32.05 A]

        e. The content of ACSO's social media pages are subject to Florida's Public Records law. Relevant records retention schedules apply to the content of all ACSO's social media pages.

        f. If applicable and where possible, ACSO's social media pages should state that the opinions expressed by visitors to the page(s) do not reflect the opinions of the ACSO. Pages shall clearly indicate that posted comments will be monitored

==and that ACSO reserves the right to remove obscenities, offtopic comments, and personal attacks.  Pages shall clearly indicate that any content posted or submitted for posting is subject to public disclosure.==

- g. ACSO personnel representing the agency via the agency's social media outlets shall: [CFA 32.05 B]

    (i). Conduct themselves at all times as representatives of the agency and, accordingly shall adhere to all department standards of conduct and observe conventionally accepted protocols and proper decorum.

    (ii). Identify themselves as a member of the agency.

    (iii). Not make statements about the guilt or innocence of any suspect or arrestee, or comments concerning pending prosecutions, nor post, transmit, or otherwise disseminate confidential information, including photographs or videos, related to department training, activities, or workrelated assignments without express written permission.

    (iv). Not conduct political activities or private business.

- h. Employees shall not use personally owned devices to manage ACSO's social media activities.

B. **Employee Use of Social Media –**

1. Employees who choose to maintain or participate in social media or social networking platforms shall conduct themselves with professionalism and in such a manner that will not reflect negatively upon the ACSO or its mission.

2. Unless granted explicit permission by the Sheriff, employees who utilize the Internet and social networking sites are prohibited from posting any of the following on any social networking platform, either on their own sites, the sites of others known to them, the sites of others unknown to them, news media pages, or other information exchange forums: [CFA 32.05 D]

    a. any statements or material about the ACSO, its operations, its current or former employees, that are obscene, defamatory, false, deceptive, misleading, profane, libelous, threatening, harassing, abusive, hateful, etc.

    b. any confidential information related to Sheriff's Office operations or investigations; or any information about members of the public obtained as a result of employment with the Sheriff's Office, as well as any information disclosed to the Sheriff's Office by a third party.

    c. material which violates any laws, including intellectual property, copyrights, trademarks, state and/or federal laws.

    d. Sheriff's Office logos, pictures of a Sheriff's Office vehicle or facility, printed literature, public service announcements, videos, podcasts, or any other ACSO-owned content without advance approval by the Sheriff.  In addition, no employee may post any photograph of themselves wearing any part of an ACSO-issued uniform without advance approval of the Division Commander.

    e. Any commentary that pertains to the Sheriff's Office, without clear representation that the commentary is a personal opinion in such a way that no

      reasonable person would conclude that the commentary is representative of the ACSO's views, opinions, or position.

    f. any commentary on a social networking site that pertains to the ACSO without clearly and conspicuously disclosing the employment relationship between the employee and the ACSO, and clearly indicating that the employee is not authorized to make statements on behalf of the ACSO.

    g. sexually graphic material of any kind. Any sexually graphic or explicit material posted by others to the employee's social media or social networking sites shall be immediately removed by the employee.

    h. any video, audio, picture, or text that glorifies or promotes violence in any form.

3. Employees must immediately bring to the attention of their supervisor any news media inquiries regarding the Sheriff's Office that results from their social networking activities.

4. Employees will be held responsible for content that appears on their maintained social media or social networking sites and will be obligated to remove any posting or material contributed by others that reflects negatively upon the ACSO.