## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

SAVITAR CHARUDATTAN and
MICHALE HOFFMAN,

    VS                                          CASE NO.  1:18-cv-109-AW-GRJ

SADIE DARNELL, as Sheriff of Alachua
County,

## JUDGMENT

As to Count I, Summary Final Judgment is entered in Defendant's favor, and Plaintiffs shall take nothing. Count I is dismissed on the merits. Count II is dismissed without prejudice because the Court will not exercise supplemental jurisdiction over this state-law claim.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

                                              *s/ TiAnn Stark*

January 7, 2020
DATE                                           Deputy Clerk: TiAnn Stark