IN THE UNITED STATES DISTRICT COURT
FOR THE NORTH DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAVITAR CHARUDATTAN and
MICHALE HOFFMAN,

    Plaintiff,

CASE NO. 1:18-cv-00109-AW-GRJ

  v.

SADIE DARNELL,
  as Sheriff of Alachua County,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff SAVITAR CHARUDATTAN appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment dated January 7, 2020 (Dkt. No. 54), entered pursuant to the Order on Summary Judgment Motions dated January 7, 2020 (Dkt. No. 53), dismissing Count I of Plaintiffs' Complaint on the merits, and Court II of Plaintiffs' Complaint without prejudice.

Dated this 6th day of February 2020.

                /s/ Michael B. Scoma
                Michael B. Scoma
                Fla. Bar No. 686247
                SCOMA LAW FIRM
                17301 Pagonia Drive, Suite 200
                Clermont, Florida 34711
                Tel: (352) 432-1346
                Facsimile: (352) 243-0423
                service@scomalaw.com

- 2 -

        Marc J. Randazza
        Florida Bar No. 625566
        RANDAZZA LEGAL GROUP, PLLC
        2764 Lake Sahara Drive, Ste. 109
        Las Vegas, NV 89117
        Tel: (702) 420-2001
        ecf@randazza.com

*Attorneys for Plaintiff*
*Savitar Charudattan*

CASE NO. 1:18-cv-00109-AW-GRJ

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Michael B. Scoma
Michael B. Scoma